IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD A. WILLIAMS, JR.,

      Plaintiff,                   No. CIV S-10-0423 GEB GGH P

   vs.

IRA BOOK, et al.,

      Defendants.           <u>ORDER</u>

_____/

      By Findings and Recommendations, filed on July 23, 2010, this court recommended dismissal of this action without prejudice because plaintiff had not responded to the court's order, filed May 19, 2010, ordering plaintiff to complete and return to the court, within thirty days, the USM-285 forms necessary to effect service on defendants.  However, in timely objections, filed on August 2, 2010,  plaintiff has satisfactorily demonstrated his efforts to comply with the court's order and has also, as of August 10, 2010, according to the docket, submitted the requisite documents needed for service of the complaint.

\\\\\

\\\\\

\\\\\

\\\\\

1

1       Accordingly, IT IS HEREBY ORDERED that the July 23, 2010 (docket # 10),
2 Findings and Recommendations, are hereby VACATED and, in a subsequent order, the court
3 will direct the U.S. Marshal to serve the complaint.
4 DATED: August 18, 2010

                                                  /s/ Gregory G. Hollows

                                        UNITED STATES MAGISTRATE JUDGE

GGH:009
will0423.vac